1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  ANYA M. BINSACCA
   Supervising Deputy Attorney General
5  DENISE A. YATES, State Bar No. 191073
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone: (415) 703-5531
     Fax: (415) 703-5843
8    Email: Denise.Yates@doj.ca.gov
   Attorneys for Respondent Robert L. Ayers, Jr.,
9  Warden at San Quentin State Prison
   SF2008400405

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY L. SULLIVAN,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>ROBERT L. AYERS JR., Warden,<br><br>　　　　　　　　　Respondent. | No. C 07-4963 VRW (PR)<br><br>**RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME TO FILE AN ANSWER; SUPPORTING DECLARATION OF COUNSEL** |

**REQUEST FOR AN EXTENSION OF TIME**

Respondent Robert L. Ayers, Jr., Warden at San Quentin State Prison, requests that this Court, for the reasons set forth in the accompanying declaration of counsel, grant an extension of time to, and including, April 16, 2008, to file an Answer.

**DECLARATION OF COUNSEL**

I, Denise A. Yates, declare:

1.  I am an attorney admitted to practice before the courts of the State of California and in this Court. I am employed by the California Attorney General's Office as a Deputy

1 Attorney General in the Correctional Writs and Appeals Section. I am assigned to represent
2 Respondent in this case in which Petitioner Sullivan challenges the Board's July 21, 2006
3 decision denying Sullivan parole.

4     2. Pursuant to this Court's January 17, 2008 Order to Show Cause,
5 Respondent's Answer is due March 17, 2008.

6     3. I need additional time to prepare an Answer in this case because since being
7 assigned this case on or about February 4, 2008, I have prepared for filing: two answers, two
8 motions to dismiss, one reply, and one answering brief in federal habeas cases; and five informal
9 responses, one opening brief, and two discretionary petitions in state habeas cases. In addition, I
10 prepared for and presented oral argument in the Ninth Circuit Court of Appeals. Further, I was
11 out of the office for at least five days.

12     4. In the next month, I am scheduled to prepare for filing: two returns, two opening
13 briefs, and two informal responses in state habeas cases; and one reply and one initial response in
14 federal habeas cases. In addition, I must prepare for and participate in an evidentiary hearing,
15 and I will be out of the office for at least five days. Accordingly, Respondent respectfully
16 requests additional time to file an Answer.

17     5. This request for an extension of time is not made for any purpose of harassment,
18 undue delay, or for any improper reason. Petitioner Sullivan should not be prejudiced by this
19 request for an extension of time. Respondent has not requested any other extensions of time to
20 file an Answer in this case. Petitioner Sullivan is incarcerated in state prison and cannot easily
21 be contacted about this requested extension of time.

22     6. Without an extension of time, Respondent would be substantially harmed or
23 prejudiced in that I would not have adequate time to prepare a proper and thorough Answer.

24 I declare under penalty of perjury that the foregoing is true and correct and that this
25 declaration was executed on March 13, 2008, at San Francisco, California.

DENISE A. YATES
Deputy Attorney General

Resp't's Req. for an EOT to File an Answer; Supporting Decl. of Counsel     *Sullivan v. Ayers*
No. C 07-4963 VRW (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Sullivan v. Ayers**

No.:   **C 07-4963 VRW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **March 14, 2008,** I served the attached

**RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME TO FILE AN ANSWER; SUPPORTING DECLARATION OF COUNSEL**

**PROPOSED ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Jerry Sullivan, C-66878
San Quentin State Prison
1 Main Street
San Quentin, CA 94964**
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **March 14, 2008,** at San Francisco, California.

|  |  |
|---|---|
| J. Palomino<br>Declarant | *[signature]*<br>Signature |

40229393.wpd