IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JERRY L. SULLIVAN,**<br><br>                Petitioner,<br><br>  v.<br><br>**ROBERT L. AYERS JR., Warden,**<br><br>                Respondent. | No. C 07-4963 VRW (PR)<br><br>**[PROPOSED] ORDER** |

    This Court considered Respondent's Request for an Extension of Time to File an Answer and good cause appearing,

    IT IS HEREBY ORDERED that Respondent's Request for an Extension of Time to File an Answer is **GRANTED**; Respondent shall file an Answer by **April 16, 2008**. If Petitioner wants to respond to the Answer, he shall file a Traverse within thirty days of receiving the Answer.

Dated: _____

                                              VAUGHN R. WALKER<br>                                              United States District Judge