UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SULLIVAN,

          Plaintiff,

  v.

AYERS JR. et al,

          Defendant.
_____/

Case Number: C07-4963 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Denise Alayne Yates - enotified
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Jerry L. Sullivan C-66878
CSP-San Quentin
CA State Prison at San Quentin
San Quentin, CA 94974

Dated: March 19, 2008

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk