JERRY L. SULLIVAN C-66878
SAN QUENTIN STATE PRISON 3-N-76
SAN QUENTIN, CA  94974

**In Pro Se**



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT COURT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY L. SULLIVAN ) | Case No. C 07-963 VRW (PR) |
| Petitioner, ) | **MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO RULE 7-11; AND RULE 3-12.** |
| v. ) | |
| ROBERT L. AYERS Jr., Warden, ) | |

Jerry L. Sullivan, (Petitioner), pursuant to Rule 7 11, submits this "Motion for Administrative Relief," and asks this Court to consider whether the enclosed federal habeas should be related to this case, pursuant to Rule 3-12. The attached action concerns substantially the same parties and same issues.

Furthermore, relating these actions will eliminate an unduly burdensome duplication of labor and expense, or conflicting results if the cases are conducted by different judges.

Dated: this 3/, day of March 2008.

Jerry L. Sullivan
In Pro Se

## PROOF OF SERVICE

I, Noel Valdivia Sr. C-29917 declare that I am over the age of 18 years of age and not a party to this matter, I am familiar with the business practice of the San Quentin's Correctional staff of the collection and processing of correspondence for mailing with the United States Postal Service.

On March __, 2008, I served the attached "**MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO RULE 7-11; AND RULE 3-12.**" by placing a true copy thereof enclosed i a sealed envelope with postage thereon addressed as follows:

> OFFICE OF THE ATTORNEY GENERAL
> 455 GOLDEN GATE AVE. SUITE 11000
> SAN FRANCISCO, CA 94102-7004

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on this __ , day of March 2008, at San Quentin State Prison 94964.

*Noel Valdivia Sr.*
Declarant