IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY L SULLIVAN, ) | |
| ) | |
|     Petitioner, ) | No C 07-4963 VRW (PR) |
| ) | |
|   vs. ) | ORDER |
| ) | |
| ROBERT L AYERS, JR, Warden, ) | (Doc # 7) |
| ) | |
|     Respondent. ) | |

      Petitioner, a state prisoner incarcerated at San Quentin State Prison, has filed two pro se petitions for a writ of habeas corpus under 28 USC § 2254 challenging the California Board of Parole Hearings' ("BPH") recent decisions to deny him parole. In the case filed under civil number 07-4963 VRW (PR), he challenges the BPH's July 21, 2006 decision to deny him parole and, in the case filed under civil number 08-1837 VRW (PR), he challenges the BPH's July 30, 2007 decision to deny him parole.

      Petitioner has filed a motion asking the court to relate the two matters pursuant to Civil Local Rule 3-12. The motion (doc # 7) is DENIED as unnecessary. The two matters are already pending before the same judge, the undersigned. Cf Civil LR 3-12(b).

      SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.07\Sullivan, J1.or1.wpd