UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Sullivan,

          Petitioner,

v.

Ayers, et al,

          Respondent.

Case Number: C07-4963 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerry L. Sullivan
C-66878
CSP-San Quentin
CA State Prison at San Quentin
San Quentin, CA 94974

Denise Yates - e-notified
CA State Attorney's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dated: April 11, 2008

          Richard W. Wieking, Clerk
          By: Cora Klein, Deputy Clerk

*Cora Klein*