**EXHIBIT 1**

C66878

# REPORT—INDETERMINATE SENTENCE, OTHER SENTENCE CHOICE

FORM CR 2

SUPERIOR COURT OF CALIFORNIA, COUNTY OF __CONTRA COSTA__
BRANCH _____

COURT I.D.: 0 7
CASE NUMBER(S): 26837 — A

PEOPLE OF THE STATE OF CALIFORNIA versus [X] PRESENT
DEFENDANT: JERRY LEE SULLIVAN
AKA: [ ] NOT PRESENT

REPORT TO JUDICIAL COUNCIL OF: [X] INDETERMINATE SENTENCE TO STATE PRISON [ ] SENTENCE CHOICE OTHER THAN STATE PRISON

DATE OF HEARING (MO) (DAY) (YR): 04 / 20 / 83
DEPT. NO.: 2
JUDGE: RICHARD E. ARNASON
CLERK: Virginia Nelson
REPORTER: Janell Sokol
COUNSEL FOR PEOPLE: James Nelson
COUNSEL FOR DEFENDANT: Marcus Peppard
PROBATION NO. OR PROBATION OFFICER: Richard Rasmussen

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DAY/YEAR) | CONVICTION BY (JURY TRIAL / COURT TRIAL / PLEA) | 654 | 12022(a) | 12022(b) | 12022.5(a) | 12022.5(b) | 12022.6 | 12022.6(a) | 12022.6(b) | 12022.7 | 12022.8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 209(b) | Kidnap – Robbery | 82 | 01/10/83 | X (court trial) | | | | | | X | | | | |
| 2 | PC | 209(b) | Kidnap – Robbery | 82 | 01/10/83 | X (court trial) | | | | | | X | | | | |

2. A. Number of prior prison terms charged and found

| SECTION | NUMBER |
|---|---|
| 667.5(a) | 0 |
| 667.5(b) | 0 |
| 667.6(b) | 0 |

B. Number of prior felony convictions

| SECTION | NUMBER |
|---|---|
| 667.6(a) | |

3. [ ] Defendant was sentenced to death on counts _____, _____, _____, _____, _____.
4. [ ] Defendant was sentenced to State Prison:
   A. [X] For life, or a term such as 15 or 25 years to life, with possibility of parole, on counts __1__, __2__, _____, _____, _____.
   B. [ ] For life without the possibility of parole on counts _____, _____, _____, _____, _____.
   C. [ ] For other term prescribed by law on counts _____, _____, _____, _____, _____.
5. [ ] Counts _____, _____, _____, _____, were deemed misdemeanors.
   A. [ ] Defendant sentenced to _____ days in county jail for all counts.
   B. [ ] Defendant fined in sum of $ _____.
6. [ ] For counts _____, _____, _____, _____, the defendant was placed on probation.
   A. (1) [ ] Sentence pronounced and execution of sentence was suspended; or
      (2) [ ] Imposition of sentence was suspended.
   B. Conditions of probation included [ ] Jail Time _____ days  [ ] Fine
7. Other dispositions
   A. [ ] Defendant was committed to California Youth Authority.
   B. [ ] Proceedings suspended, and defendant was committed to California Rehabilitation Center.
   C. [ ] Proceedings suspended, and defendant was committed as a Mentally Disordered Sex Offender.
   D. [ ] Proceedings suspended, and defendant was committed as mentally incompetent.
   E. [ ] Other (Specify) _____

NOTE: PURSUANT TO ARTICLE VI, SECTION 6 OF THE CALIFORNIA CONSTITUTION AND SECTION 68505 OF THE GOVERNMENT CODE, THE CHIEF JUSTICE REQUIRES THAT EACH SUPERIOR COURT SHALL COMPLETE THIS FORM FOR EACH INDETERMINATE SENTENCE TO STATE PRISON OR SENTENCE CHOICE OTHER THAN STATE PRISON. THE REPORTS IMPLEMENT SECTION 1170.4 OF THE PENAL CODE AND SHALL BE MAILED TO: ADMINISTRATIVE OFFICE OF THE COURTS, 350 McALLISTER, 3200 STATE BUILDING, SAN FRANCISCO, CALIFORNIA 94102

DATE: April 20, 1983
SIGNATURE OF CLERK: V. Nelson

The foregoing instrument is a correct copy of the original on file in this office.

ATTEST: APR 25 1986

J.R. OLSSON
County Clerk and ex-officio Clerk of the Superior Court of the State of California in and for the County of Contra Costa
By _____, Deputy Clerk

REPORT—INDETERMINATE SENTENCE, OTHER SENTENCE CHOICE

Const., Art. VI, §
Pen C. 1170.4, 1170

| | | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court, branch court, if any, and mailing address<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF: CONTRA COSTA<br>P. O. BOX 911, MARTINEZ, CALIFORNIA 94553 | | F I L E D<br>APR 20 1983<br>J. R. [signature]<br>By [signature] Deputy |
| PEOPLE OF THE STATE OF CALIFORNIA<br>DEFENDANT: JERRY LEE SULLIVAN   [X] Present  [ ] Not Present<br>[X] JUDGMENT OF COMMITMENT TO:  [X] STATE PRISON  [ ] COUNTY JAIL | | CASE NUMBER<br>26837 |

| Date of hearing: April 20, 1983 | Dept. No.: 2 | Judge: R.E. ARNASON | Clerk: V. Nelson | Reporter: Janell Sokol |
|---|---|---|---|---|
| Counsel for People: James Nelson | | Counsel for defendant: Marcus Peppard | | Probation Officer: Richard Rasmussen |

1. Defendant was convicted of the commission of the following crime on (Date) January 10, 1983

| Count | Code Section | Crime | Degree | By Jury, Court or Plea (Specify) |
|---|---|---|---|---|
| 1 | PC 209(b) | Kidnapping to Commit Robbery | | Plea |
| 2 | PC 209(b) | Kidnapping to Commit Robbery | | Plea |

2. Defendant [ ] was arraigned [XX] waived arraignment for judgment
3. The court having read and considered the probation report and no legal cause having been shown why judgment should not be pronounced
   a. [XX] Sentences defendant to State Prison for the term prescribed by law
   b. [ ] Specifies pursuant to Pen C 1202b the minimum term of imprisonment shall be six months as to count
   c. [ ] Sentences defendant to County Jail for the period of (Specify number of days)
   d. [ ] Suspends imposition of sentence and defendant is placed on probation for the period of
      [ ] upon conditions set forth in attachment 3d
4. [ ] Defendant, convicted of more than one count shall
   a. [ ] serve the sentence as to each count as follows

| Count | Consecutive With | Concurrent with |
|---|---|---|
| 1 | Count Five | |
| 2 | | Count One |

   b. [ ] serve the counts made consecutive in the following order

5. Defendant shall serve this sentence with respect to any prior uncompleted sentence  a. [ ] concurrently  b. [ ] consecutively
   c. [ ] as set forth below or in attachment 5c

6. Execution of sentence is
   a. [ ] stayed on the following count: . . . . . . . . . . . . . . . . . . pending appeal, with the stay to become permanent
      when the sentence is completed as to count: . . . . . . . . . .
   b. [ ] suspended and defendant is placed on probation for the period of . . . . . . . . .
      [ ] upon conditions set forth in attachment 6b
7. [ ] No allegation to enhance punishment was made in count. . . . . . . . . . . .
8. [ ] It was alleged
   a. [ ] Defendant was armed with a deadly weapon at the time of the commission or attempted commission of the crime charged
      in count. . . . . . . . . . . . . . . . [ ] and allegation stricken as to count . . . . . . . . . .

(Continued on reverse side)

The foregoing instrument is a correct copy of the original on file in this office.

ATTEST: APR 25 1986

J. R. OLSSON
County Clerk and ex-officio Clerk of the Superior Court of the State of California in and for the County of Contra Costa
By [signature] Deputy Clerk

This form satisfies the requirements of Penal Code 1213.5 (Abstract of Judgment and Commitment). Singular includes the plural. This form is to be used in judgments other than death. A copy of probation report shall accompany this form pursuant to Penal Code 1203c and a copy of any supplementary probation report shall be transmitted to the Department of Corrections. Attachments may be used but must be incorporated by reference.

Form Approved by the Judicial Council of California

JUDGMENT COMMITMENT

Pen C 644, 969c, 969d, 1203, 1213.5

b. ☐ Defendant used a firearm in c    . 1 & .2 . . . . ☒ and allegation strick   : to count: . 1 & 2 . . . . . .
c. ☐ Defendant was armed at the    of arrest with a concealed deadly weapon within . meaning of Pen. C. 3024
   ☐ and allegation stricken.
d. ☐ Other (Specify and indicate if stricken):. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

9. ☐ The Court finds the defendant
   a. ☐ was armed at the time of commission or attempted commission of the crime with a deadly weapon within the meaning of –
      (1) ☐ Pen C. 3024 as to count: . . . . . . . . ☐ but strikes the finding as to count: . . . . . . . . . .
      (2) ☐ Pen C. 12022 as to count: . . . . . . . . . ☐ but strikes the finding as to count: . . . . . . . .
      (3) ☐ Pen C. 1203 (Specify weapon): . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
          as to count: . . . . . . . . . . ☐ but strikes the finding as to count: . . . . . . . . . . . . . . .
   b. ☐ was not armed at the time of commission or attempted commission of the crime within the meaning of
      (1) ☐ Pen C. 3024 as to count: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
      (2) ☐ Pen C. 12022 as to count: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
      (3) ☐ Pen C. 1203 as to count: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   c. ☒ did use a firearm as to count: 1 & 2 . . . . . . . . ☒ but strikes the finding as to count: 1 & 2 . .
      (1) ☐ The use was one use for the following counts: . . . . . . . . . . . . . . . . The additional penalty shall
          run consecutively to the sentence on the last count to be served.
   d. ☐ did not use a firearm as to count: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   e. ☐ was armed at the time of arrest with a concealed deadly weapon within the meaning of Pen. C. 3024 ☐ but strikes the finding.
   f. ☐ was not armed at the time of arrest with a concealed deadly weapon within the meaning of Pen. C. 3024.
   g. ☐ Other (Specify and indicate if stricken):

10 ☐ Prior convictions which affect defendant's sentence were alleged and disposed of ☐ as follows   ☐ as set forth in attachment 10.

   Conviction date    Jurisdiction         Crime and code Section         Applies to Count       Disposition

11 The court finds defendant   a ☐ is ☒ is not an habitual criminal under Pen C 644a.
                               b ☐ is ☒ is not an habitual criminal under Pen C 644b
12. The court pronounced sentence on (Date)  **              and defendant was held in custody, through and including
    the date of pronouncement of sentence for (Total no of days)   **              as follows
    Count         Time other than Dept of Corrections           Dept of Corrections Time

       ** SEE DETERMINATE SENTENCING ABSTRACT

13 Defendant is remanded to the custody of the Sheriff
   a ☐ For the period of (Specify no of days). . . . . ☐ upon conditions and recommendations set forth in attachment 13a.
   b ☒ To be delivered   ☒ at the earliest convenient time   ☐ after 48 hours, excluding Saturdays, Sundays and holidays
      [Pen C. 1203c] into the custody of the Director of Corrections at
      (1) ☐ California Institution for Women—Frontera     (3) ☐ California Institution for Men—Chino
      (2) ☒ California Men's Facility—Vacaville            (4) ☐ Other:
14 ☐ The court requests a copy of the diagnostic study and recommendations as provided in Pen C. 1168.
15 The court advised defendant of all appeal rights as required in CRC Rule 250 and defendant acknowledged understanding them.
16 ☐ Other (See attachment 16)
Dated:  April 20, 1983.   RICHARD E. ARNASON   /s/ _____
            (Type or print name)                        (Signature of Judge of the Superior Court)

TOTAL NO of boxes checked              CLERK'S CERTIFICATE
                            I hereby certify that the foregoing is a correct copy of the original on file in my office.
                                              Clerk of the superior Court
[Seal]
                                      By _____ Deputy

# ABSTRACT OF JUDGMENT — COMMITMENT

FORM DSL 290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **CONTRA COSTA** BRANCH _____

COURT I.D.: 0 7

CASE NUMBER(S): 26837 - A

PEOPLE OF THE STATE OF CALIFORNIA versus [X] PRESENT
DEFENDANT: **JERRY LEE SULLIVAN**   [ ] NOT PRESENT
AKA:

[ ] COMMITMENT TO STATE PRISON
[ ] ABSTRACT OF JUDGMENT
[ ] AMENDED
[XX] ABSTRACT

**FILED JUL 22 1983**
J. R. OLSSON, County Clerk
CONTRA COSTA COUNTY
By _____ Deputy

| DATE OF HEARING (MO/DAY/YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 04 / 20 / 83 | 2 | RICHARD E. ARNASON | Virginia Nelson |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| Janell Sokol | James Nelson | Marcus Peppard | Richard Rasmussen |

## 1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

[ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DAY/YEAR) | JURY TRIAL | COURT TRIAL | PLEA | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOL | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE CS REFER | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | PC | 211 | Robbery | 82 | 01 10 83 | | X | | M | X | | | | | | (3) | |
| 4 | PC | 211 | Robbery | 82 | 01 10 83 | | X | | M | X | | | | | X | | |
| 5 | PC | 187-664 | Attempt Murder | 82 | 01 10 83 | | X | | M | | | | | | | 7 | |
| 6 | PC | 245(a) | Aggrvtd Assault | 82 | 01 10 83 | | X | | M | X | | | | | X | | |

## 2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) C/F S I | 12022(b) C/F S I | 12022.3(a) C/F S I | 12022.3(b) C/F S I | 12022.5 C/F S I | 12022.6(a) C/F S I | 12022.6(b) C/F S I | 12022.7 C/F S I | 12022.8 C/F S I |
|---|---|---|---|---|---|---|---|---|---|
| 3 | | | | | X X | | | | |
| 4 | | | | | X X | | | | |
| 5 | | | | | X X | | | | |
| 6 | | | | | X X | | | | |

## 3. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|

## 5. A. NUMBER OF PRIOR PRISON TERMS:

| § | C/F | S | I |
|---|---|---|---|
| 667.5(a) | Ø | | |
| 667.5(b) | Ø | | |
| 667.6(b) | Ø | | |

### 4. OTHER ORDERS:

### B. NUMBER OF PRIOR FELONY CONVICTIONS:

| § | C/F | S | I |
|---|---|---|---|
| 667.6(a) | Ø | | |

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):
7. TIME STAYED § 1170.1(a) [5-YEAR LIMIT] AND/OR § 1170.1(f) [DOUBLE BASE LIMIT]:
8. TOTAL TERM IMPOSED: → 7

9. EXECUTION OF SENTENCE IMPOSED:
[X] A. AT INITIAL SENTENCING HEARING
[ ] B. AT RESENTENCING PURSUANT TO DECISION ON APPEAL
[ ] C. AFTER REVOCATION OF PROBATION
[ ] D. AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC § 1170(d)]

10. DATE SENTENCE PRONOUNCED: 04 / 20 / 83
CREDIT FOR TIME SPENT IN CUSTODY: TOTAL DAYS 440 INCLUDING: ACTUAL LOCAL TIME 293 LOCAL CONDUCT CREDITS 147
STATE INSTITUTIONS: [ ] DMH  [ ] CDC

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
[ ] INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
[XX] CALIF. MEDICAL FACILITY — VACAVILLE
[ ] CALIF. INSTITUTION FOR MEN — CHINO
[ ] OTHER (SPECIFY): _____

CLERK OF SUPERIOR COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: W. Nelson
DATE: April 30, 1983 Amended on: July 22, 1983

This form is prescribed pursuant to Penal Code § 1213.5 to satisfy the requirements of Penal Code § 1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code § 1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code § 1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code § 1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California
Effective July 1, 1981

ABSTRACT OF JUDGMENT — COMMITMENT
FORM DSL 290
Pen.C. 1213.5